# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DOROTHY E. MAYS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 1:24-cv-00057-SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## CASE MANAGEMENT ORDER – TRACK 4: §2255 MOTION TO VACATE

Pursuant to the Local Rules and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, the Court orders that the following provisions apply in this case, and will be modified only upon a showing of exceptional circumstances:

This case has been assigned to Track 4 (Administrative).

Respondent must answer the motion in writing and within 45 days of the date of this order. Respondent's answer must contain all that is required by Rule 5(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts.

If Petitioner chooses to file a reply to Respondent's answer, the reply must be filed within 60 days of the date the answer is filed. If Petitioner fails to timely file a reply, the right to file such a reply may be waived. *See* Rule 5(d) of the Rules Governing Section 2255 Cases in the United States District Courts.

Dated this 15th day of July, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE